AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

United States District Court
Southern District of Texas
FILED

MAY 3 1 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jesus SANTILLAN-Paniagua
A027 880 659 Mexico
AKA Alejandro FLORES-Gutierrez

**CRIMINAL COMPLAINT**

Case Number: B-19- MJ-621

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 29, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 29, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 11/09/2004. The defendant was convicted of Alien in the U.S. After Deportation on 10/11/1994. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Quintanilla, Adalberto   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 31, 2019                                            at   Brownsville, Texas
Date                                                          City/State

Ronald G. Morgan            U.S. Magistrate Judge
Name of Judge                Title of Judge                  Signature of Judge